**Elvis H. Tobar HERNANDEZ,**
**Petitioner**

v.

**Loretta E. LYNCH, Attorney General**
**of the United States, Respondent**

No. 15-3957

United States Court of Appeals,
Eighth Circuit.

Submitted: October 12, 2016

Filed: October 17, 2016

Marisa–Andrea Moore, LAW OFFICE OF MARISA–ANDREA MOORE, Grand Island, NE, for Petitioner.

Karen Yolanda Drummond, James A. Hurley, Carl H. McIntyre, U.S. DEPARTMENT OF JUSTICE, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent.

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Elvis H. Tobar Hernandez, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from an adverse decision of an immigration judge. He challenges the denial of his claim for withholding of removal based on an alleged well-founded fear of future persecution, and the denial of relief under the Convention Against Torture (CAT). After careful consideration, we conclude that substantial evidence supports the decision. See Davila–Mejia v. Mukasey, 531 F.3d 624, 627, 629 (8th Cir. 2008) (standard of review); cf. Garcia v. Holder, 746 F.3d 869, 872–73 (8th Cir. 2014) (opposition to gangs is not basis for cognizable "particular social group"); Cooke v. Mukasey, 538 F.3d 899, 908 (8th Cir. 2008) (claim under CAT fails where based on same facts as unsuccessful asylum and withholding-of-removal claims).

The petition is denied. See 8th Cir. R. 47B.